Carolyn Perkins (13469)
Law Office of Carolyn Perkins
PO Box 520704
Salt Lake City, Utah, 84106
Telephone: (801) 405-9954
Email: cperkins@carolynperkinslaw.com

_____

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**APRIL GREN BAWDEN**<br><br>**Defendant.** | **STIPULATED MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>**Case No. 2:22-CR-00481-CW-1**<br><br>**Honorable Clark Waddoups** |

   Carolyn Perkins, counsel for defendant April Gren Bawden, hereby files this Stipulated Motion to Modify Conditions of Release. In the Order Setting Conditions of Release, Mrs. Bawden may not have contact with any person who may be a potential witness or codefendant in this case or anyone on the government's list. Docket 134, Order at 6(e). At the detention hearing on December 21, 2022, the court ordered an exception to this no contact, allowing contact with family members, but Mrs. Bawden cannot discuss this case. Through this motion, Mrs. Bawden requests the court to allow her to be able to have contact with her friend Emma Waldron, with the same restriction, that she not discuss this case. Assistant United States Attorney Jennifer Muysken agreed she could have this contact, with the restriction, and stipulated to this motion.

DATED this 23rd day of December, 2022.

*/s/ Carolyn Perkins*
Carolyn Perkins

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which sent notification of such filing to the following: UTPml_PretrialNoticing@utp.uscourts.gov; Assistant U.S. Jennifer.muyskens@usdoj.gov.

/*s/Carolyn Perkins*