Carolyn Perkins (13469)
Law Office of Carolyn Perkins
PO Box 520704
Salt Lake City, Utah, 84106
Telephone: (801) 405-9954
Email: cperkins@carolynperkinslaw.com

Attorney for April Gren Bawden

_____

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**APRIL GREN BAWDEN**<br><br>**Defendant.** | **ORDER ON STIPULATED MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>**Case No. 2:22-CR-00481-CW-1**<br><br>**Honorable Clark Waddoups** |

After considering the defendant April Gren Bawden's Stipulated Motion to Modify Conditions of Release, and for good cause, IT IS HEREBY ORDERED that April Gren Bawden may have contact with Emma Waldron, but she cannot discuss this case.

DATED this ____ day of _____, 20___.

BY THE COURT:

_____
HONORABLE Dustin Pead
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which sent notification of such filing to the following: UTPml_PretrialNoticing@utp.uscourts.gov; Assistant U.S. Jennifer.muyskens@usdoj.gov

/*s/Carolyn Perkins*